IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PATRICIA CHAVEZ,

       Plaintiff,

v.                                                                                                        CV 15-1138 SCY/WPL

FINANCIAL RECOVERY SERVICES, INC., and
LVNV FUNDING, LLC,

       Defendants.

### ORDER TO FILE CLOSING DOCUMENTS

The parties have reached a negotiated resolution of this matter.  IT IS THEREFORE ORDERED that:

1) Plaintiff must file closing documents no later than **May 2, 2016**; and

2) all settings in this case before United States Magistrate Judge William P. Lynch are vacated (all other settings shall remain the same unless otherwise notified by the presiding judge).

IT IS SO ORDERED.

                                                          _____
                                                          William P. Lynch
                                                          United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.